CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 01 2013

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| KENNETH BARBOUR, | ) | CASE NO. 7:13CV00023 |
| | ) | |
| Plaintiff, | ) | |
| | ) | FINAL ORDER |
| v. | ) | |
| | ) | |
| ARLINGTON VIRGINIA | ) | |
| COMMONWEALTH ATTORNEY, | ) | By: James C. Turk |
| | ) | Senior United States District Judge |
| Defendant. | ) | |

In accordance with the memorandum opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that plaintiff's motion to proceed in forma pauperis is **DENIED**, and the complaint is **DISMISSED without prejudice**, pursuant to 28 U.S.C. § 1915(g); it is **CERTIFIED** that an appeal of this order would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3); and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 1st day of March, 2013.

_____
Senior United States District Judge